IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY LEE BYRD,

    Petitioner,                        No. CIV S-02-2013 MCE JFM P

    vs.

GAIL LEWIS, Warden, et al.,

    Respondents.                   <u>ORDER</u>

                                /

          Petitioner has requested an extension of time to file and serve objections to the February 1, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

          1. Petitioner's February 16, 2006 request for an extension of time is granted; and

          2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the February 1, 2006 findings and recommendations.

DATED: February 23, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

/byrd2013.111