IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY LEE BYRD,

    Petitioner,        No. CIV S-02-2013 MCE JFM P

   vs.

GAIL LEWIS, Warden, et al.,

    Respondents.      <u>ORDER</u>

_____/

       Respondents have requested an extension of time to file and serve a reply to petitioner's objections to the February 1, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Respondents' March 24, 2006 request for an extension of time is granted; and

       2. Respondents are granted until April 7, 2006 in which to file and serve a reply to petitioner's objections to the February 1, 2006 findings and recommendations.

DATED: March 24, 2006.

                            *[signature]*
                        UNITED STATES MAGISTRATE JUDGE

/001;byrd2013.111b