1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TIMOTHY LEE BYRD,                    No. 2:02-cv-2013-MCE-JFM-P

12           Petitioner,

13      v.                               ORDER

14  GAIL LEWIS, Warden, et al.,

15           Respondents.
                                    /
16

17       Petitioner, a state prisoner proceeding pro se, has timely

18  filed a notice of appeal of this court's April 24, 2006 denial of

19  his application for a writ of habeas corpus.  Before petitioner

20  can appeal this decision, a certificate of appealability must

21  issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

22       A certificate of appealability may issue under 28 U.S.C.

23  § 2253 "only if the applicant has made a substantial showing of

24  the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

25  The certificate of appealability must "indicate which specific

26  issue or issues satisfy" the requirement.

1

1  28 U.S.C. § 2253(c)(3).

2      A certificate of appealability should be granted for any

3  issue that petitioner can demonstrate is "'debatable among

4  jurists of reason,'" could be resolved differently by a different

5  court, or is "'adequate to deserve encouragement to proceed

6  further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir.

7  2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

8      Petitioner has made a substantial showing of the denial of a

9  constitutional right in the following issues presented in the

10 instant petition:  failure to *sua sponte* instruct the jury on

11 mistake of fact, the trial court's jury instruction that the jury

12 could find specific intent for vehicle theft based on

13 petitioner's retention of the car beyond the scope of consent was

14 not harmless error, and his right to a fair trial was violated by

15 the trial court's use of jury instruction CALJIC No. 17.41.1.

16     Accordingly, IT IS HEREBY ORDERED that a certificate of

17 appealability is issued in the present action.

18 DATED: May 18, 2006

19

20

21     MORRISON C. ENGLAND, JR
       UNITED STATES DISTRICT JUDGE
22

23

24

---

25     [1] Except for the requirement that appealable issues be specifically identified, the standard
   for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26 a certificate of probable cause.  <u>Jennings</u>, at 1010.