IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY LEE BYRD,

      Petitioner,               No. CIV S-02-2013 MCE JFM P

  vs.

GAIL LEWIS, et al.,

      Respondents.            ORDER

_____/

      Petitioner, a state prisoner proceeding in forma pauperis, sought relief pursuant to 28 U.S.C. § 2254. This action was terminated on April 24, 2006. On May 15, 2006, petitioner requested the appointment of counsel. This request is more appropriately directed to the Court of Appeals for the Ninth Circuit. Petitioner's request will be denied without prejudice to enable him to file his motion with the appellate court.[1]

      Accordingly, IT IS HEREBY ORDERED that petitioner's May 15, 2006 request for appointment of counsel on appeal is denied without prejudice.

DATED: May 30, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp:001; byrd2013.110

---

[1] There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.